**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GEORGE HOWARD WILSON, II,   ) Case No. CV 15-9546-PSG (JPR)
                         )
           Plaintiff,  )
                         ) ORDER ACCEPTING FINDINGS AND
         v.          ) RECOMMENDATIONS OF U.S.
                         ) MAGISTRATE JUDGE
J.D. SOTO et al.,        )
                         )
           Defendants.  )
                         )

     The Court has reviewed the Second Amended Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

     IT THEREFORE IS ORDERED that Defendants' limited motion for summary judgment on the issue of exhaustion is granted and the Court declines to exercise jurisdiction over Plaintiff's remaining state-law claim. IT IS FURTHER ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: 7/31/17                       
                                PHILIP S. GUTIERREZ
                                U.S. DISTRICT JUDGE

1