**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE HOWARD WILSON, II,  )<br>  )<br>             Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>J.D. SOTO et al.,  )<br>  )<br>             Defendants.  )<br>  ) | Case No. CV 15-9546-PSG (JPR)<br><br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 7/31/17

　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE